No. 707, Misc. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1037. KAMEN SOAP PRODUCTS Co., INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Samuel E. Hirsch* and *Sheldon E. Bernstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 785, Misc. GRADY *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 736, Misc. CHASE *v.* KEENAN, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 754, Misc. HAMILTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 787, Misc. UPSHAW *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.